UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-23-RJC

| | |
|---|---|
| DONALD LEE SAPP, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF CORRECTION, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on a periodic status review of this action brought by pro se Plaintiff pursuant to 42 U.S.C. § 1983. On June 10, 2013, this Court conducted an initial review of Plaintiff's Complaint. (Doc. No. 7). As a result, all Defendants except Defendant D. Harris were terminated. The Court, therefore, ordered the U.S. Marshal to serve Defendant Harris with summons. This Court's docket indicates that summons was issued to the U.S. Marshal for service on Defendant Harris on June 26, 2013. (Doc. No. 8). However, the summons has not been returned to this Court as either executed or unexecuted.

**IT IS, THEREFORE, ORDERED** that, within twenty-one days of this Order, the U.S. Marshal is instructed to serve a copy of the Complaint, Summons, and this Order upon Defendant in accordance with Rule 4, Federal Rules of Civil Procedure, or to file with the Court the summons that the Marshal has already attempted to serve on Defendant.

Signed: May 16, 2014

Robert J. Conrad, Jr.
United States District Judge