UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-23-RJC

| | |
|---|---|
| DONALD LEE SAPP, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| NORTH CAROLINA DEPARTMENT ) | |
| OF CORRECTION, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is scheduled for trial on March 7, 2016, at 9:30 a.m. in Courtroom 2-1, 410 W. Trade St., Charlotte, North Carolina. Plaintiff Donald Lee Sapp, Jr., offender number #0358273, is currently in the custody of Bertie Correctional Institution in Windsor, North Carolina.

**IT IS, THEREFORE, ORDERED** that the Warden at Bertie Correctional Institution must transport Plaintiff to the trial and then return him to Bertie Correctional Institution at the conclusion of the trial.

Signed: February 17, 2016

Robert J. Conrad, Jr.
United States District Judge