# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-cv-23-RJC

| | |
|---|---|
| DONALD LEE SAPP, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DEON HARRIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own motion and following receipt of Plaintiff's response to this Court's pre-trial scheduling order on February 23, 2016. (Doc. No. 23).

**THIS MATTER** is currently scheduled for trial on March 7, 2016, at 9:30 a.m. in Courtroom 2-1, 401 W. Trade St., Charlotte, North Carolina 28202. In the interests of justice, the Court hereby continues the trial in this matter to May 2, 2016, at 9:30 a.m. in Courtroom 2-1, 401 W. Trade St., Charlotte, North Carolina 28202.

**IT IS, THEREFORE, ORDERED** that:

1. The trial in this matter is hereby continued and shall be placed on the trial calendar with trial to commence on May 2, 2016, at 9:30 a.m.

2. The Court's prior transport order, (Doc. No. 22), requiring the Warden at Bertie Correctional Institution to transport Plaintiff to the courthouse on March 7, 2016, is hereby amended to reflect the new trial date. The Warden at Bertie Correctional Institution is hereby **ORDERED** to transport Plaintiff Donald Lee Sapp, Jr., offender #0358273, to the trial on May 2, 2016, at 9:30 a.m., and then return Plaintiff to Bertie Correctional Institution at the conclusion of the trial.

3. The Clerk of Court is directed to mail this Order to both parties, and specially to Defendant Harris at the following addresses by certified mail: Officer D. Harris, 552 Prison Camp Rd., Polkton, NC 28135; and to Deon D. Harris, 3430 Wilkinson Blvd, Gastonia, NC 28208; and to Officer D. Harris, 8058 Knights Bridge Road, Charlotte, NC 28210.

4. The Clerk of Court is also directed to mail this Order to the Warden at Bertie Correctional Institution.

**IT IS SO ORDERED.**

Signed: March 2, 2016

Robert J. Conrad, Jr.
United States District Judge