**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12-cv-23-RJC**

| | | |
|---|---|---|
| **DONALD LEE SAPP, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| | ) | |
| **DEON HARRIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court sua sponte.  This case is currently scheduled for trial on May 2, 2016.  In the interests of justice, the Court <u>hereby continues</u> the trial in this matter to July 11, 2016, at 9:30 a.m. in Courtroom 2-1, 401 W. Trade Street, Charlotte, NC 28202.

**IT IS, THEREFORE, ORDERED** that:

1. The trial in this matter is hereby continued and shall be placed on the trial calendar with trial to commence on July 11, 2016, at 9:30 a.m.

2. The Court's prior transport order, (Doc. No. 22), as amended by the Court's prior continuance order, (Doc. No. 24), which required the Warden at Bertie Correctional Institution to transport Plaintiff to the courthouse for trial, is hereby **CANCELLED**.  It appearing to the Court that Plaintiff is scheduled to be released from incarceration on or about May 12, 2016, the Warden at Bertie Correctional Institution is no longer required to transport Plaintiff, offender #0358273, to and from the trial.

3. The Clerk of Court is directed to mail this Order to both parties, and specially to

Defendant Harris at the following addresses by certified mail: Officer D. Harris, 552

Prison Camp Rd., Polkton, NC 28135; and to Deon D. Harris, 3430 Wilkinson Blvd,

Gastonia, NC 28208; and to Officer D. Harris, 8058 Knights Bridge Road, Charlotte, NC

28210.

4.  The Clerk of Court is also directed to mail this Order to the Warden at Bertie

    Correctional Institution.

Signed: April 11, 2016

Robert J. Conrad, Jr.
United States District Judge